Marc S. Cohen (State Bar No. 65486)
Email: mcohen@kayescholer.com
Ashleigh A. Danker (State Bar No. 138419)
Email: adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Debtor and Debtor in Possession
MALIBU ASSOCIATES, LLC

FILED & ENTERED

MAY 17 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY**

In re

MALIBU ASSOCIATES, LLC, a California limited liability company, dba MALIBU COUNTRY CLUB

Debtor.

Tax I.D. 20-4106767

Case No. 1:09-bk-24625-MT

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE (1) POSTPETITION SECURED AND GENERAL UNSECURED FINANCING UNDER 11 U.S.C. § 364 AND (2) A SETTLEMENT WITH U.S. BANK PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Date: May 17, 2011
Time: 2:30 p.m.
Place: Courtroom 302
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

The *Motion to Approve (1) Postpetition Secured and General Unsecured Financing Under 11 U.S.C. §364 and (2) A Settlement With U.S. Bank Pursuant to Federal Rule of Bankruptcy Procedure 9019* (Docket No. 224, the "Motion") came on for hearing before the Honorable Maureen A. Tighe, United States Bankruptcy Judge in Courtroom 302. Ashleigh A. Danker of Kaye Scholer LLP appeared on behalf of debtor in possession Malibu Associates, LLC (the "Debtor") and Joshua D. Wayser of Katten Muchin Rosenman LLP appeared on behalf of U.S. Bank National Association (the "Bank"). Other appearances, if any, are noted in the record of the hearing.



KAYE SCHOLER LLP

Having considered the Motion, *Notice* of the Motion (Docket No. 225), *Statement Pursuant to Local Bankruptcy Rule 4001-2* (Docket No. 226), and the arguments of counsel at the hearing; having determined that notice of the Motion was adequate and proper under the circumstances; having determined that no oppositions were filed to the Motion; having determined that the transactions by the Debtor contemplated in the Motion, including, without limitation, entry into the Modification,[1] Member Loans, and Settlement Agreement were duly authorized by the Debtor pursuant to the Super-Majority provisions of Section 4.6 and 4.6(viii) of the Debtor's Operating Agreement; having considered the complexity of the litigation between the Debtor and the Bank as well as the Debtor's probability of success, cost, delay, and inconvenience associated with the litigation and the paramount interest of the creditors of the estate; having determined that the Modification, Member Loans, and Settlement Agreement resolve several very complex, intertwined, and procedurally disjointed pieces of litigation and will allow the Debtor to exit bankruptcy and continue the entitlement process to complete the development for which it was formed; having determined that the Modification, Member Loans, and Settlement Agreement are fair and reasonable, in the best interests of the bankruptcy estate, and are a good exercise of the Debtor's business judgment because the Modification and Member Loans will provide the Debtor with the funds necessary to complete the entitlement process and focus on developing the project and the Settlement Agreement ends contentious litigation that put the Debtor at serious risk; having found that the proposed financing was agreed to after months of arms length negotiations with the Bank, was not done in a hurried or rushed fashion, and was done after the Debtor considered other possible financing sources; having found that the terms of the proposed financing reflect a negotiated agreement between two arms length entities represented by competent counsel; having determined as a result of the foregoing findings that the Modification is in good faith within the meaning of Section 364 of the Bankruptcy Code; having made other findings on the record at the hearing which are

[1] Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Motion.

incorporated herein; and having determined that other good cause appears for granting the relief requested therein,

**IT IS HEREBY ORDERED that:**

1. The Motion is approved in its entirety.

2. The Debtor is authorized to enter into the Modification on the material terms set forth in the Loan Documents attached to the Motion and to make any such non-material modifications to the Loan Documents as may be necessary to finalize such documentation prior to closing the documentation and any other related documents reasonably required by the Bank in connection with the Modification. The final executed Loan Documents shall be binding and enforceable without any further consents or approvals except as may be needed from U.S. Bank.

3. The Bank is entitled to the protections afforded under 11 U.S.C. § 364(e).

4. The Debtor is authorized to enter into the Member Loans.

5. The Settlement Agreement is approved.

6. Upon entry of this Order, the Debtor is authorized to perform all acts and to make, execute and deliver without any further consents or approvals any and all documents and instruments as may be necessary to implement the terms and conditions of this Order, the Modification, the Loan Documents, the Member Loans, and the Settlement Agreement and to encumber the Property with a continuing first priority lien securing the Modification. The stay of 11 U.S.C. § 362 is modified to permit the parties to accomplish the transactions contemplated by the Motion and this Order.

[Counsel Signatures on Next Page]

KAYE SCHOLER llp

**PRESENTED BY:**
Kaye Scholer LLP

By:_____/s/ Ashleigh A. Danker____
Attorneys for Debtor and Debtor in Possession
Malibu Associates, LLC

**APPROVED AS TO FORM AND CONTENT:**
Katten Muchin Rosenman LLP

By:___/s/ Joshua D. Wayser______________________*
Joshua D. Wayser
Attorneys for U.S. Bank, N.A.

* Counsel for the Debtor is in receipt of Mr. Wayser's holographic signature on this Order and has substituted his electronic signature with his permission for purposes of uploading this Order through the LOU system.

###

DATED: May 17, 2011

United States Bankruptcy Judge

| In re: MALIBU ASSOCIATES, LLC Debtor(s). | CHAPTER 11 CASE NUMBER 1:09-bk-24625-MT |
|---|---|

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described as ***Order Granting Debtor's Motion To Approve (1) Postpetition Secured And General Unsecured Financing Under 11 U.S.C. § 364 And (2) A Settlement With U.S. Bank Pursuant To Federal Rule Of Bankruptcy Procedure 9019*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☐ **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May ___, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒ **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 16, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☐ **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on **May ____, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 16, 2011 | Shahnaz Virani | /s/ Shahnaz Virani |
|---|---|---|
| *Date* | *Type Name* | *Signature* |





KAYE SCHOLER llp

**SERVICE LIST**
**In re Malibu Associates, LLC**
**USBC, CDCA Case No. 1:09-bk-1:09-bk-24625-MT**

**I. SERVED ELECTRONICALLY VIA NEF:**

**II. SERVED VIA OVERNIGHT MAIL:**

**Honorable Maureen A. Tighe**
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

KAYE SCHOLER LLP

| In re: Malibu Associates, LLC<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-24625-MT |
|---|---|

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled: ***Order Granting Debtor's Motion To Approve (1) Postpetition Secured And General Unsecured Financing Under 11 U.S.C. § 364 And (2) A Settlement With U.S. Bank Pursuant To Federal Rule Of Bankruptcy Procedure 9019*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

☒ I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 16, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☐ II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

☐ III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

indicate address, fax number or email address

☐ Service information continued on attached page

KAYE SCHOLER LLP

**SERVICE LIST FOR ENTERED ORDER**

**I. SERVED ELECTRONICALLY VIA NEF:**

- Katherine Bunker kate.bunker@usdoj.gov
- Alicia Clough alicia.clough@kayescholer.com
- Marc S Cohen mcohen@kayescholer.com
- Ashleigh A Danker adanker@kayescholer.com
- Ramesh Singh claims@recoverycorp.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Joshua D Wayser joshua.wayser@kattenlaw.com

KAYE SCHOLER llp